



# MEMORANDUM OPINION

No. 04-10-00760-CV

Jose Carlos Gonzalez **CALDERON**, et al.,
Appellants

v.

Robert **VOGELSANG**, Albino Walker, and Pheffer Oil, LLC,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6868
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  December 1, 2010

DISMISSED

Appellants have filed an unopposed motion to dismiss this appeal, stating the parties have reached an agreement to settle and compromise their differences. The motion states that appellants' counsel conferred with counsel for the appellees, and the motion is unopposed. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM